UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:93-HC-647-BR

UNITED STATES OF AMERICA

v.                                                          ORDER

EDWARD L. GALLO

By order filed 30 November 1993, respondent was committed to the custody of the Attorney

General pursuant to 18 U.S.C. § 4246(d).  (See DE # 4.)  Respondent was conditionally released by

order filed 21 October 1994 (DE # 6), and he has remained on conditional release since that time.

On 21 August 2012, counsel for respondent filed a motion to discharge respondent from

commitment.  (DE # 17.)  The motion is supported by a report from the court-appointed

independent evaluator, Dr. Marilyn Price, which states that respondent's unconditional release

would not present a substantial risk of harm to another person and/or serious damage to the property

of another.  (DE # 15 at 25.)  The motion also represents that the government has no objection to the

court ruling on the motion based on the evidence before the court and without a hearing.

The court has reviewed the motion and supporting material and finds that respondent no

longer meets the criteria for commitment under 18 U.S.C. § 4246.  Accordingly, IT IS HEREBY

ORDERED, pursuant to 18 U.S.C. § 4246(e), that respondent be unconditionally released and that

this file be closed.

This 21 August 2012.

_____
W. Earl Britt
Senior U.S. District Judge